# IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

## NO. 2023-KA-00821-COA

**REBECCA GIBSON A/K/A REBECCA LEIGH GIBSON**        **APPELLANT**

**v.**

**STATE OF MISSISSIPPI**        **APPELLEE**

| | |
|---|---|
| DATE OF JUDGMENT: | 06/29/2023 |
| TRIAL JUDGE: | HON. JON MARK WEATHERS |
| COURT FROM WHICH APPEALED: | FORREST COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | OFFICE OF STATE PUBLIC DEFENDER BY: JUSTIN TAYLOR COOK |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL BY: ALLISON ELIZABETH HORNE |
| DISTRICT ATTORNEY: | PATRICIA A. THOMAS BURCHELL |
| NATURE OF THE CASE: | CRIMINAL - FELONY |
| DISPOSITION: | AFFIRMED - 07/23/2024 |
| MOTION FOR REHEARING FILED: | |

**BEFORE WILSON, P.J., WESTBROOKS AND LAWRENCE, JJ.**

**LAWRENCE, J., FOR THE COURT:**

¶1. On June 12, 2023, Rebecca Gibson was convicted of one count of possession of a controlled substance by a Forrest County jury. The circuit judge sentenced Gibson to a term of eight years in the custody of the Mississippi Department of Corrections (MDOC), with five years suspended conditional on her serving three years in the "Intensive Supervision House Arrest Program" with MDOC. Gibson filed a motion for judgment notwithstanding the verdict (JNOV) or a new trial, which the circuit court denied. Gibson then filed a notice of appeal. On appeal, Gibson's appointed counsel filed a *Lindsey* brief with this Court.[1]

---

[1] *Lindsey v. State*, 939 So. 2d 743 (Miss. 2005).

Finding no reversible error after an independent and thorough review of the record, we affirm.

**FACTS**

¶2. On October 19, 2022, a deputy with the Forrest County Sheriff's Department observed a Nissan Maxima stopped in the middle of the road. When the deputy approached the vehicle, it took off "at a high rate of speed." The deputy followed the vehicle, and after some time, the vehicle stopped. Daniel Hobson was driving the vehicle, and Rebecca Gibson was in the passenger seat. When the deputy approached the vehicle, Gibson and Hobson both produced their driver's licenses, but Hobson "sped away" and left the deputy behind. Gibson threw a black bag out of the window that contained a "meth pipe" she had previously used. They were finally stopped by other patrol vehicles blocking the road. Hobson was placed under arrest, and the deputy spoke with Gibson.

¶3. The deputy asked Gibson if she had any illegal substances. She replied she had marijuana in her purse. The deputy continued to press Gibson, and she admitted to having a glass pipe in her bra and throwing a bag with another glass pipe out of the window during the pursuit. She also confessed to having two bags of methamphetamine in her pants. She explained that Hobson made her place the meth in her pants during the pursuit. Gibson was arrested and then later indicted for possession of more than two grams but less than ten grams of methamphetamine by a Forrest County grand jury in violation of Mississippi Code Annotated section 41-29-139(c) (Rev. 2018).

¶4. Gibson was brought to trial on June 12, 2023. At trial, the arresting deputy provided

testimony consistent with the description above. The State also called a narcotics officer with Forrest County who received the drugs in this case and transported them to the State crime laboratory for testing. The last witness for the State was Shelby Bintz, forensic scientist with the Mississippi Forensics Laboratory. Bintz was accepted as an expert in the field of forensic science with an emphasis in drug identification. She testified that she was the technical reviewer of the drug testing in this case, and the results were positive for methamphetamine, with a gross weight of 5.34 grams and a net weight (of the bag tested) of 3.15 grams.

¶5.　　Gibson testified as well at trial. Gibson lived with her mother, daughter, and granddaughter. She explained that she worked full-time taking care of her mother who had pancreatic cancer. Gibson met Hobson through a mutual friend. Hobson was taking her to a friend's house when the subject incident occurred. She admitted to the jury that she threw the black bag containing a "meth pipe" that she had used out of the window and that she had another meth pipe in her bra. She also admitted that she had marijuana in her purse and that Hobson had thrown "bags of meth" at her during the police pursuit and told her to hide them. Finally, she admitted she put the bags of meth in her pants.

¶6.　　Gibson was convicted as charged. After being sentenced by the court, Gibson appealed. On appeal, Gibson's appointed counsel filed a *Lindsey* brief with this Court.

## ANALYSIS

¶7.　　In *Lindsey v. State*, 939 So. 2d 743 (Miss. 2005), the Mississippi Supreme Court established the "procedure to govern cases where appellate counsel represents an indigent

criminal defendant and does not believe his or her client's case presents any arguable issues on appeal." *Id.* at 748 (¶18). In this case, Gibson's appointed appellate counsel complied with that procedure and certified there were no arguable issues for appeal. Gibson's appellate counsel also certified in the brief that he "mailed by first class, postage prepaid, a copy" of the brief filed in this Court, the trial transcript, and a letter "informing Gibson" that counsel found "no arguable issues in the record" and that "Gibson has a right to file a *pro se* brief." This Court also entered an order granting Gibson time to file a pro se supplemental brief. Gibson did not file a brief.

¶8.     Following an independent and thorough review of the record keeping in mind that the jury determines the factual issues in dispute and weighs the credibility of witnesses and that the State presented sufficient evidence to support Gibson's conviction, *Knox v. State*, 912 So. 2d 1004, 1009 (¶23) (Miss. Ct. App. 2005) (citing *Harvey v. State*, 875 So. 2d 1133, 1136 (¶18) (Miss. Ct. App. 2004)), "we conclude that there are no issues that warrant reversal." *Taylor v. State*, 162 So. 3d 780, 787 (¶18) (Miss. 2015). Therefore, Gibson's conviction and sentence are **AFFIRMED**.

        **BARNES, C.J., CARLTON AND WILSON, P.JJ., WESTBROOKS, McDONALD, McCARTY, SMITH AND EMFINGER, JJ., CONCUR.**